# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| SARAH BHAMRA )<br>SATPAL BHAMRA )<br>*Plaintiffs,* )<br> )<br>vs. )<br> )<br>ALEJANDRO MAYORKAS, in his official capacity as )<br>Secretary of DEPARTMENT OF HOMELAND SECURITY )<br> )<br>UR M JADDOU, in her official capacity as Director of )<br>CITIZENSHIP AND IMMIGRATION SERVICES )<br> )<br>CECILIA DEYPALUBOS, in her official capacity as )<br>Field Office Director of USCIS INDIANAPOLIS )<br>FIELD OFFICE )<br>*Defendants.* ) | Cause No: 1:23-cv-01994-JMS-MJD |

## ORDER

Upon consideration of Plaintiffs' unopposed Motion to Dismiss without Prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(2), it is

**HEREBY ORDERED** that Plaintiffs' Motion [5] is **GRANTED**.

**SO ORDERED.**

Date: 12/12/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF